DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN THORNTON** and **MARGARET THORNTON**,
Appellants,

v.

**1230 LLC, SMM REALTY, LLC,** and **100 EMERALD BEACH WAY, LC,**
Appellees.

No. 4D21-2891

[January 19, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Jr.; L.T. Case No. 502017CA008154.

Eric D. Isicoff, Teresa Ragatz, and Christopher M. Yannuzzi of Isicoff Ragatz, Miami, and J. Chris Bristow of Critton Luttier Coleman, LLP, West Palm Beach, for appellants.

Geoffrey M. Cahen of Cahen Law, P.A., Boca Raton, and Erik P. Bartenhagen of Bartenhagen Law, PLLC, Fort Lauderdale, for appellee 1230 LLC.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***